MICHAEL COLIHAN- ATTORNEY AT LAW

44 Court Street
Suite 906
Brooklyn, New York 11201

Phone (718) 488-7788

This letter was filed via ECF

The Honorable Ronnie Abrams
The United States District Court
for the Southern District of New York        RE: Serrano v NYC et al
500 Pearl Street                              14-cv- 02183
New York, NY 10007                            November 20, 2015.

Dear Judge Abrams:

    I represent the plaintiff in this action for violation of his civil rights.  I write this letter to respectfully inform the Court that I have received the settlement draft in this action and would like to withdraw my request for a premotion conference to enter a judgement against the City of New York as moot.

    I thank Your Honor for your attention and consideration.

MC/ll

Very Truly Yours,
/s/ This is an electronic signature

Michael Colihan